# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:19-cv-00520 |
| BINKERD TRUCKING, LLC AND THOMAS BINKERD, | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

Upon the Clerk of Court's entry of default against Defendants Binkerd Trucking, LLC and Thomas Binkerd for failure to plead or otherwise defend in this action; and Plaintiff BMO Harris Bank N.A.'s Motion for Default Judgment; Judgment is entered as follows:

1. Judgment is entered in favor of Plaintiff BMO Harris Bank N.A. and against Defendants Binkerd Trucking, LLC and Thomas Binkerd in the amount of $460,039.56, with costs and interests;

**SO ORDERED, ADJUDGED AND DECREED,** this __7th__ day of __November__, 2019.

                                             /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge